# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JULIO CHRISTIAN,** | : | |
| Plaintiff | : | |
| | : | No. 1:20-cv-1842 |
| v. | : | |
| | : | (Judge Rambo) |
| **MARK GARMAN,** *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 25th day of May 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendants' motion to dismiss (Doc. No. 42) is **GRANTED**. Plaintiff may not file a second amended complaint in this matter; and

2. The Clerk of Court is directed to **CLOSE** the above-captioned action.

                                                        s/ Sylvia H. Rambo
                                                        United States District Judge